IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARIA LOPES CORTEZ, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the Motion for Enlargement of Time of the Defendant, and the Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the time to comply with the Court's Order on Sentencing Schedule of September 4, 2013 as it applies to the deadlines of November 14, 2013 found in paragraph 6 therein is hereby enlarged to November 21, 2013.

DATED this 15th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge